**04 MBD 10032**

David Bianchini
P.O. Box 191
Essex, Ma  01929

October 27, 2003

Chief US District Court Judge
William G. Young
Joseph Moakley US Courthouse
1 Court House Way
Boston, Ma  02210

**Dear Judge Young,**

On February 8,1990, Your Honor, I was convicted, by Judge Franklin Billings in the district of Vermont, of conspiracy to manufacture marijuana, distribution of marijuana, conspiracy to distribute marijuana, and interstate travel to facilitate the manufacture of marijuana. I received a sentence of 135 months. I received a fine of $17,500 and upon release was given a term of 5 years supervised release. My release date was June 1, 1999.

I have been on supervised release for 4 years and 5 months. I have paid off my fine of $17,500 in full. I have not committed or been convicted of a crime while on supervised release. I am requesting an early discharge from my remaining 7 months of supervised release in accordance to 18 USC 3583(e)(1).

I received a downward departure of 2 offense levels for extraordinary rehabilitation while in prison. I completed the CHOICE Comprehensive Drug Treatment Program while incarcerated. Upon completion, I became a mentor and teaching assistant. I wrote a children's book for the prison aimed at the children of Trenton New Jersey, personifying anti-criminal lifestyles, and the negative effects of criminal behavior.

I painted numerous frescoes on the walls of the prison depicting the negativity associated with criminal behavior. I remained as a teachers assistant and mentor for the remainder of my sentence. Upon release I had an art exhibit at a gallery in Connecticut, showing some of the portraits I

painted while in prison.

Since my release I have been a member of local 218 Carpenters Union, working as a foreman and supervisor. I have started my own construction company and have just completed a renovation of a three story office building on the Gloucester waterfront. I am presently under contract to begin the construction of two large single family houses in Manchester, Ma. I have voluntarily sought out counseling since my release to assist in my transition, and continue to do so.

Your Honor, I certainly recognize the destructive path I was on and am indeed grateful that I have a second chance. I have enclosed supporting documents to my treatment program and activities. My Probation Officer is Pam Lombardini, 499 Essex St. STE 3 Lawrence, Ma 01840-9905.

Thank you for your consideration in this matter.

Sincerely

David Bianchini

c